1 Jamie Wrage, State Bar #188982
Jamie.Wrage@GreshamSavage.com
2 Stefanie G. Field, State Bar #181646
Stefanie.Field@GreshamSavage.com
3 Jeff Olsen, State Bar #283249
Jeff.Olsen@GreshamSavage.com
4 **GRESHAM SAVAGE NOLAN & TILDEN,**
**A Professional Corporation**
5 3750 University Avenue, Suite 250
Riverside, CA  92501-3335
6 Telephone:     (951) 684-2171
Facsimile:      (951) 684-2150
7

8 Attorneys for Defendant,
THE LAMAR COMPANY, LLC
9

10 **UNITED STATES DISTRICT COURT**

11 **EASTERN DISTRICT OF CALIFORNIA**

12

| KRIS FARENGA, | ) CASE NO. 1:15-cv-01445-AWI-JLT |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER FOR THE** |
| vs. | ) **DISMISSAL DEFENDANT THE LAMAR** |
|  | ) **COMPANY, LLC WITHOUT** |
| THE LAMAR COMPANY, LLC; DOES 1 | ) **PREJUDICE, ORDER SUBSTITUTING** |
| through 50, Inclusive | ) **"DOE 1" DEFENDANT, and ORDER** |
|  | ) **ADDING DEFEDANT TO THE DOCKET** |
| Defendants. | ) |

GRESHAM | SAVAGE
ATTORNEYS AT LAW
3750 UNIVERSITY AVE.
STE. 250
RIVERSIDE, CA  92501-3335
(951) 684-2171

-1-

STIPULATION TO DISMISS DEFENDANT THE LAMAR COMPANY, LLC
CASE NO. 1:15-cv-01445-AWI-JLT
L541-009 -- 1955117.1

TO THE DISTRICT COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiff Kris Farenga ("Plaintiff") and Defendant The Lamar Company, LLC ("Defendant" or "The Lamar Company") stipulate as follows through their undersigned counsel of record:

WHEREAS, Plaintiff erroneously identified "The Lamar Company, LLC" in her complaint as her employer.

WHEREAS, Plaintiff was employed by Lamar Central Outdoor, LLC, doing business as "The Lamar Companies."

WHEREAS, Defendant is a Louisiana company with its principal place of business in Louisiana.

WHEREAS, Defendant conducts no business in California, did not employ Plaintiff, and had no involvement in her working conditions or termination; therefore, there is no basis for jurisdiction against it in California and it is not the correct party to Plaintiff's complaint.

IT IS HEREBY STIPULATED AND AGREED,

1. Plaintiff hereby names Lamar Central Outdoor, LLC, a Delaware company with its principal place of business in Louisiana, doing business in California as "The Lamar Companies," as Doe 1.

2. Plaintiff and Defendant consent to the dismissal of Defendant The Lamar Company, LLC, without prejudice.

IT IS SO STIPULATED.

Dated: October 26, 2015

GRESHAM SAVAGE NOLAN & TILDEN,
A Professional Corporation


By:  /s/ *Stefanie G. Field*
    Jamie Wrage
    Stefanie G. Field
    Jeff Olsen
    Attorneys for Defendant,
    THE LAMAR COMPANY, LLC

GRESHAM | SAVAGE
ATTORNEYS AT LAW
3750 UNIVERSITY AVE.
STE. 250
RIVERSIDE, CA 92501-3335
(951) 684-2171

-2-

PROOF OF SERVICE
CASE NO. 1:15-cv-01445-AWI-JLT

L541-009 -- 1955117.1

Dated: October 26, 2015

By: /s/ *Randy Rumph*
Randy Rumph, Esq.
Attorneys for Plaintiff,
KRIS FARENGA

**ORDER**

Accordingly, in light of the stipulation of the parties, IT IS HEREBY ORDERED that:

1. Defendant The Lamar Company, LLC is DIMISSED from this case without prejudice;

2. Lamar Central Outdoor, LLC, a Delaware company with its principal place of business in Louisiana, doing business in California as "The Lamar Companies," is substituted as a defendant in place of "Doe 1"; and

3. The Clerk shall add "Lamar Central Outdoor, LLC, a Delaware company d/b/a 'The Lamar Companies'" as a Defendant.

IT IS SO ORDERED.

Dated: October 26, 2015

_____
SENIOR DISTRICT JUDGE