# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRIS FARENGA, | Case No.: 1:15-cv-01445 JLT |
| Plaintiff, | ORDER AFTER SETTLEMENT |
| v. | |
| THE LAMAR COMPANY, | |
| Defendant. | |

On January 27, 2017, the parties participated in a settlement conference at which they were able to resolve the case. Thus, the Court **ORDERS**:

1. The stipulation to dismiss the action **SHALL** be filed no later than **March 3, 2017**;
2. All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the imposition of sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

Dated:  **January 31, 2017**            **/s/ Jennifer L. Thurston**
                                         UNITED STATES MAGISTRATE JUDGE