**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KRIS FARENGA, <br><br> Plaintiff, <br><br> v. <br><br> THE LAMAR COMPANY, et al., <br><br> Defendants. | Case No.: 1:15-cv-01445 - JLT <br><br> ORDER GRANTING EXTENSION OF TIME |

The parties participated in a settlement conference at which they were able to resolve the case, and the Court ordered the parties to file a stipulation to dismiss the action no later than March 3, 2017. (Doc. 23) On March 3, 2013, Plaintiff reported that "[t]he parties have a final and signed settlement agreement, however, payment has not been made pursuant to said agreement." (Doc. 24 at 1) Therefore, Plaintiff requests an extension of fourteen days "to ensure delivery of the settlement payment checks before filing." (*Id.*)

Good cause appearing, the Court **ORDERS** that Plaintiff's request for an extension is **GRANTED**, and the stipulation to dismiss **SHALL** be filed on or before March 17, 2017.

IT IS SO ORDERED.

Dated:   **March 7, 2017**              /s/ Jennifer L. Thurston
                                          UNITED STATES MAGISTRATE JUDGE

1