UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRIS FARENGA,<br><br>  Plaintiff,<br><br>  v.<br><br>THE LAMAR COMPANY,<br><br>  Defendant. | Case No.: 1:15-cv-01445 JLT<br><br>ORDER CLOSING CASE |

The parties have stipulated to dismiss this matter (Doc. 26) and, in doing so, rely upon Federal Rules of Civil Procedure Rule 41(a). Federal Rules of Civil Procedure 41(a)(1) provides, "the plaintiff may dismiss an action without a court order by filing: . . . a stipulation of dismissal signed by all parties who have appeared.". . ." Fed. R. Civ. P. 41(a). Once such a notice has been filed, an order of the Court is not required to make the dismissal effective. Fed. R. Civ. P. 41(a)(1)(ii); <u>Wilson v. City of San Jose</u>, 111 F.3d 688, 692 (9th Cir. 1997).  Thus, the Clerk of Court is DIRECTED to close this action in light of the stipulation as dictated by Rule 41(a).

IT IS SO ORDERED.

Dated:   **March 19, 2017**             /s/ Jennifer L. Thurston
                                  UNITED STATES MAGISTRATE JUDGE